Case 4:21-po-05118-JTJ   Document 5   Filed 09/14/21   Page

FILED
6/23/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JANE L. BROWN,<br><br>Defendant. | VIOLATION:<br>E1103127<br>Location Code: M13<br><br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation E1103127 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine paid by the defendant is accepted as a full adjudication of violation E1103127.

IT IS FURTHER ORDERED that the initial appearance scheduled for August 6, 2021, is VACATED.

DATED this  23  day of June, 2021.

John Johnston
United States Magistrate Judge